IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMIE SOKOLOWSKI,

       Plaintiff,

                                       JUDGMENT IN A CIVIL CASE

v.                                     Case No. 12-cv-942-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered affirming defendant

Carolyn W. Colvin's decision denying plaintiff Jamie Sokolowski's applications for

disability benefits and supplemental security income benefits.

| /s/ | 9/6/13 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |